**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00468-CV

### IN THE MATTER OF T.P., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-77361-X**

## ORDER

We **GRANT** the June 25, 2013 agreed motion for substitution of counsel. We **DIRECT**

the Clerk of this Court to substitute Shawn Ismail as counsel for appellant in place of April E.

Smith.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE